455 A.2d 196

Commonwealth v. Yelverton, Jr., Appellant.

Argued February 22, 1982. Lawrence S. Rubin, for appellant; Vram Nedurian, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

The orders of the lower court are affirmed.